UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS PEPE,
    Plaintiff,

vs.                                     Case No.: 3:25-cv-665/MCR/ZCB

JUDGE SHERRA WINESETT,
    Defendant.
_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on May 22, 2025. (Doc. 6).  The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.  The magistrate judge's Report and Recommendation (Doc. 6) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(iii) because the Defendant is entitled to absolute judicial immunity.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 24th day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**